UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

OLIVER LYONS

v.                                                                        CA 08-498 ML

A.T. WALL, et al.

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's objection to a Report and Recommendation issued by Magistrate Judge Hagopian on October 6, 2009. Magistrate Judge Hagopian recommends a denial of Plaintiff's Motion for Preliminary Injunction. This Court has reviewed the Report and Recommendation and Plaintiff's objection. Finding no merit in Plaintiff's objection, the Court adopts the Report and Recommendation.

Plaintiff's Motion for Preliminary Injunction is DENIED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
October  19 , 2009