# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF RHODE ISLAND

Oliver Lyons

     v.                               C.A.  08-498ML

A.T. Wall, et al

## ORDER

The Findings and Recommendation of United States Magistrate Judge Jacob Hagopian filed on March 2,  2010  in the above-captioned matter  is accepted pursuant to Title 28 United States Code § 636(b)(1).   The Plaintiff's Motion for Summary Judgment is hereby DENIED.

BY ORDER:


_Mary M. Lisi_

Mary M. Lisi
Chief U.S. District Judge
March  /7 , 2010


Entered as an Order of this Court on March / 7 , 2010

_Barbara Barletta_

Deputy Clerk