UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


OLIVER LYONS

v.                                                          CA 08-498 ML

A.T. WALL, et al.


MEMORANDUM AND ORDER

This matter is before the Court on three Reports and Recommendations issued by Magistrate Judge Hagopoian (Docket #208, #209, #229) and Plaintiff's objection (Docket #222) to a Memorandum and Order issued by Magistrate Judge Hagopian (Docket #221) on November 9, 2010. Plaintiff has also filed objections to the three Reports and Recommendations (Docket #220, #219, #234).

This Court has reviewed the Reports and Recommendations, the Memorandum and Order, and Plaintiff's objections. Finding no merit in Plaintiff's objections, the Court adopts the Report and Recommendations and dismisses Plaintiff's objection to the Memorandum and Order. Accordingly, this Court makes the following orders:

1. Plaintiff's motion for preliminary injunction (Docket #102) is DENIED;

2. Plaintiff's motion for preliminary injunction (Docket #180) is DENIED;

3. Plaintiff's motion for leave to appeal IFP (Docket #224) is DENIED; and,

4. Plaintiff's appeal (Docket #222) of the Magistrate Judge's Order (Docket #221 is DENIED and DISMISSED.

This Court has also reviewed the entire docket of this case. It appears that there are motions for summary judgment and motions to dismiss filed by Defendants that are

pending as well as a motion for summary judgment filed by Plaintiff.[1] It also appears that Plaintiff has filed a number of frivolous motions (e.g., Docket #231, #248) that have needlessly delayed the efficient disposition of his claims. Accordingly, this Court now orders Plaintiff to refrain from filing any additional motions in this case until after such time as the Court has ruled on all the pending motions for summary judgment and motions to dismiss.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
January /＊ , 2011

---

[1] See Docket entries #105, #107, #141, #143, and #246.