UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

OLIVER LYONS

v.

C.A. No. 08-498ML

A. T. WALL, et al.

## ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Hagopian on February 8, 2011. No objection was filed and the time for doing so has passed. I have reviewed the Report and Recommendation and adopt it in its entirety. Petitioner's claims against Defendant Narnia are DISMISSED.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
March 3, 2011